**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THE NAVAJO NATION,

      Plaintiff,

v.                                                                   Civ. No. 25-55 JMC/GBW

THE UNITED STATES OF AMERICA, *et al.*,

      Defendants,

and

PUEBLO OF ACOMA and
PUEBLO OF LAGUNA,

      Intervenor-Defendants.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS FOR NINETY (90) DAYS AND VACATING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court on the Joint Motion of Plaintiff and Federal Defendants to Stay Proceedings for Ninety (90) Days. *Doc. 45*. In the Motion, the Plaintiff and Federal Defendants state that the Public Land Order ("PLO") No. 7329 at issue in this case, *see docs. 1, 42*, will soon be reviewed by the Department of the Interior and may be changed to an extent that "might satisfy or potentially moot [Plaintiff's] claims[,]" *doc. 45* ¶ 4. Therefore, Plaintiff and Federal Defendants request that the Court stay proceedings in this matter for ninety (90) days pending the "changes or revocation" of PLO No. 7329. *Id.* ¶ 5. Intervenors Pueblo of Acoma and Pueblo of Laguna indicate that they are unable to take a position on the Motion as neither has

received a properly noticed request for Tribal Consultation on PLO No. 7923.  *Id.* ¶ 6.

Having reviewed the Motion and the applicable law, the Court will GRANT it.

IT IS THEREFORE ORDERED that all proceedings in this case are STAYED for

ninety (90) days from the entry of this Order.

IT IS FURTHER ORDERED that the telephonic status conference set for July 2,

2025, *see doc. 43*, is hereby VACATED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE