IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION,

    Plaintiff,

v.                                                                                     No. 1:25-cv-00055-JMC-GBW

THE UNITED STATES OF AMERICA,
Debra Ann HAALAND, in her official
capacity as Secretary of the Interior,
U.S. DEPARTMENT OF THE INTERIOR;
U.S. BUREAU OF LAND MANAGEMENT,

    Federal Defendants,

and

PUEBLO OF ACOMA and PUEBLO OF
LAGUNA,

    Defendant-Intervenors.

**JOINT MOTION OF PLAINTIFF AND FEDERAL DEFENDANTS
TO EXTEND STAY OF PROCEEDINGS FOR SIXTY (60) DAYS**

    COME NOW Plaintiff and the Federal Defendants ("Parties"), by and through their respective counsel of record, and, pursuant to D.N.M.LR-Civ. 7.1(a), hereby jointly move to extend the stay of the proceedings in this matter for an additional sixty (60) days after the entry of an order granting the extension of the stay in this matter. In support of this Motion, the Parties state:

    1.    This case involves a challenge to Public Land Order No. ("PLO") 7923 withdrawing 336,404 acres of land from new oil and gas leasing within a 10-mile buffer zone around Chaco Canyon.

    2.    The Court entered an Order on July 2, 2025, staying this litigation for ninety (90)

days from the date of the Order's entry. Dkt. No. 46.

3. The stay is set to expire on September 30, 2025.

4. Federal Defendants continue to review the potential for revoking or changing PLO 7923 in a manner that may satisfy or moot Plaintiff's claims.

5. Given these developments, the Parties have agreed that the Court should extend the stay of these proceedings for an additional sixty (60) days pending the agency's changes or revocation of PLO 7923. The stay will serve the interest of judicial efficiency and may obviate the need for further litigation.

6. Intervenors have been contacted through counsel regarding their position on the Motion and have not provided a position.

7. In accordance with the requirements of D.N.M.LR-Civ. 7.2, a proposed order granting the relief requested herein and approved by Plaintiff and Federal Defendants will be submitted to the Court for consideration.

WHEREFORE, the Parties respectfully request that this Court grant the Parties' Motion and extend the stay in this matter for sixty (60) days from the date of entry of the order granting this request.

Dated: September 29, 2025.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By  /s/ *Eric R. Burris*
    Eric R. Burris
    Debashree Nandy
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone:  505.244.0770
    Email:  eburris@bhfs.com; rnandy@bhfs.com

Sarah A. Murray
Bella Sewall Wolitz
1155 F Street, NW, Suite 1200
Washington, D.C. 20004
Telephone: (202) 296-7353
Email: smurray@bhfs.com; BSewallWolitz@bhfs.com

*Attorneys for Plaintiff The Navajo Nation*


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By  /s/ *Electronically approved*
    Andrew A. Smith
    Senior Trial Attorney
    c/o United States Attorney's Office
    201 Third Street, N.W., Suite 900
    Albuquerque, New Mexico 87102
    Telephone: (505) 224 1468
    Email: andrew.smith@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2025, a true and correct copy of foregoing MOTION OF PLAINTIFF TO STAY PROCEEDINGS FOR SIXTY (60) DAYS was filed electronically pursuant to CM/ECF procedure for the United States District Court for the District of New Mexico, which caused the parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Eric R. Burris*
Eric R. Burris