**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE NAVAJO NATION,

      Plaintiff,

v.                                                                    Civ. No. 25-55 JMC/GBW

THE UNITED STATES OF AMERICA, *et al.*,

      Defendants,

and

PUEBLO OF ACOMA and
PUEBLO OF LAGUNA,

      Intervenor-Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS
FOR SIXTY (60) DAYS**

THIS MATTER comes before the Court on the Joint Motion of Plaintiff and

Federal Defendants to Extend Stay of Proceedings for Sixty (60) Days. *Doc. 48.* In the

Motion, the parties state that the Federal Defendants continue to review the potential

for revoking or changing the Public Land Order ("PLO") No. 7329 at issue in this case

(*see docs. 1, 42*) in a manner that may moot or satisfy Plaintiff's claims. *Doc. 48.*

Intervenor-Defendants responded to the motion, noting that they are not against

staying the case provided that Federal Defendants are actively working on

reconsideration of PLO No. 7329, but do not wish to repeatedly extend "a series of stays

without meaningful information about the underlying decision-making process on which those stays are premised." *Doc. 49* at 2.  As such, they request that if the Court is inclined to grant the 60-day stay, the Court enter an additional order that "no later than 15 days prior to the expiration of the extended stay the parties must meet and confer and file a case management statement explaining the status of the Federal Defendants' underlying decision-making process (if any) and the Parties' respective proposals for moving this case forward."  *Id*.

The Court finds it unnecessary to include intervenor-defendants' requested language at this juncture. Therefore, having reviewed the Motion and the applicable law, the Court will GRANT it.

IT IS THEREFORE ORDERED that all proceedings in this case are STAYED for sixty (60) days from the entry of this order.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE