IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION,

    Plaintiff,

v.                                                                                      Civ. No. 25-55 JMC/GBW

THE UNITED STATES OF AMERICA, *et al.*,

    Defendants,

and

PUEBLO OF ACOMA and
PUEBLO OF LAGUNA,

    Intervenor-Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS FOR NINETY (90) DAYS

THIS MATTER comes before the Court on the Joint Motion of Plaintiff and Federal Defendants to Extend Stay of Proceedings for Ninety (90) Days. *Doc. 51*. In the Motion, the parties state that the Federal Defendants continue to review the potential for revoking or changing the Public Land Order ("PLO") No. 7329 at issue in this case (*see docs. 1, 42*) in a manner that may moot or satisfy Plaintiff's claims. *Doc. 51* at 2. Intervenor-Defendants take no position on the Motion. *Id*.

In the last order extending the stay in this case, the Court declined to include language from the Intervenor-Defendants' Response (*doc. 49*), in which they requested

that the Court require the parties to meet and confer and file a case management statement prior to the expiration of the extended stay. *See doc. 50*. Given the new request for a further stay, the Court finds it prudent to include the previously requested language.

**IT IS THEREFORE ORDERED** that the parties' Motion to Extend Stay of Proceedings for Ninety (90) Days (*doc. 51*) is GRANTED. The case is STAYED for ninety (90) days from the entry of this order.

**IT IS FURTHER ORDERED** that no later than 15 days prior to the expiration of the extended stay the parties must meet and confer and file a case management statement explaining the status of the Federal Defendants' underlying decision-making process (if any) and the Parties' respective proposals for moving this case forward.

The parties are advised that <u>no further extensions of the stay will be granted without a hearing on the matter.</u>

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE