## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THE NAVAJO NATION,

      Plaintiff,

    v.

THE UNITED STATES OF AMERICA, et al.,

      Federal Defendants,
   and

PUEBLO OF ACOMA and PUEBLO OF LAGUNA,

      Defendant-Intervenors.

Case No. 1:25-cv-00055-JMC-GBW

### PLAINTIFF'S AND FEDERAL DEFENDANTS' UNOPPOSED JOINT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Navajo Nation and Federal Defendants United States of America, et al., hereby move the Court for an Order voluntarily dismissing Plaintiff's January 17, 2025 "Complaint," ECF No. 1, without prejudice. Plaintiff and Federal Defendants have reached an agreement out of court addressing Plaintiff's claims that does not require the Court's approval or oversight.

Defendant-Intervenors Pueblo of Acoma and Pueblo of Laguna are not parties to the agreement between Plaintiff and Federal Defendants, and the agreement does not bind Defendant-Intervenors or waive any of Defendant-Intervenors' rights. Counsel for the Plaintiff and Federal Defendant asked the Defendant-Intervenor's position on this motion, and the Defendant-Intervenors asked that the additional language be added to this Joint Motion: "Defendant-Intervenors take no position on the settlement agreement and its terms. Defendant-Intervenors do not oppose the procedural request for dismissal of Plaintiff's claims under Rule

41(a)(2), provided the Court's order does not incorporate or approve the settlement terms, retain jurisdiction, or grant any other substantive relief."

Plaintiff and Federal Defendants therefore respectfully request that the Court dismiss Plaintiff's "Complaint" without prejudice.

Dated: March 27, 2026.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By  */s/ Debashree Nandy*
    Eric R. Burris
    Debashree Nandy
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone:  505.244.0770
    Email:  eburris@bhfs.com; rnandy@bhfs.com

Sarah A. Murray
Bella Sewall Wolitz
1155 F Street, NW, Suite 1200
Washington, D.C. 20004
Telephone: (202) 296-7353
Email: smurray@bhfs.com; BSewallWolitz@bhfs.com

*Attorneys for Plaintiff The Navajo Nation*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By  */s/ Electronically approved*
    Andrew A. Smith
    Senior Trial Attorney
    c/o United States Attorney's Office
    201 Third Street, N.W., Suite 900
    Albuquerque, New Mexico 87102
    Telephone: (505) 224 1468
    Email: andrew.smith@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on March 27, 2026, a true and correct copy of foregoing PLAINTIFF'S AND FEDERAL DEFENDANTS' UNOPPOSED JOINT MOTION FOR VOLUNTARY DISMISSAL was filed electronically pursuant to CM/ECF procedure for the United States District Court for the District of New Mexico, which caused the parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

                                   */s/ Debashree Nandy*
                                   Debashree Nandy

50988561.1