**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE NAVAJO NATION,

     Plaintiff,

v.                                 No. 1:25-cv-00055-JMC-GBW

THE UNITED STATES OF AMERICA,
et al.,

     Federal Defendants,

and

PUEBLO OF ACOMA and PUEBLO OF
LAGUNA,

     Defendant-Intervenors.

**UNOPPOSED JOINT MOTION OF PLAINTIFF AND FEDERAL DEFENDANTS
TO EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT**

COME NOW Plaintiff and the Federal Defendants ("Parties"), by and through their

respective counsel of record, and, pursuant to D.N.M.LR-Civ. 7.1(a), hereby jointly move to

extend the deadline to file a case management statement "explaining the status of the Federal

Defendants' underlying decision-making process" per the Order Granting Joint Motion to Extend

Stay of Proceedings for Ninety (90) Days (ECF 52). In support of this Motion, the Parties state:

1.      This case involves a challenge to Public Land Order No. ("PLO") 7923

withdrawing 336,404 acres of land from new oil and gas leasing within a 10-mile buffer zone

around Chaco Canyon.

2.      The Court entered an Order on January 14, 2026, staying this litigation for ninety

(90) days from the date of the Order's entry. (ECF 52)

3.      As a condition of the Stay, the Court ordered the Parties to meet and confer and file a case management statement explaining the status of the Federal Defendants' underlying decision-making process and the Parties' respective proposals for moving this case forward.

4.      The deadline to file the case management statement is set to expire on March 30, 2026.

5.      On March 27, 2026, the Parties filed "Plaintiff's and Federal Defendants' Unopposed Joint Motion for Voluntary Dismissal" (ECF 53). The Motion remains pending.

6.      If the Court grants the motion for voluntary dismissal, the case management statement may be unnecessary. Therefore, an extension is appropriate to conserve the time of the Parties and the Court, and the Parties request that the Court extend the deadline to file a case management statement for fourteen (14) days after the entry of the order granting this request.

7.      In accordance with the requirements of D.N.M.LR-Civ. 7.2, a proposed order granting the relief requested herein and approved by Plaintiff and Federal Defendants will be submitted to the Court for consideration.

8.      Pursuant to D.N.M.LR-Civ. 7.1(a), undersigned counsel sought Defendant-Intervenors' position on this motion.  Defendant-Intervenors Pueblo of Acoma and Pueblo of Laguna are not parties to this motion, but do not oppose the requested extension.

WHEREFORE, the Parties respectfully request that this Court grant the Parties' Motion and extend the case management statement deadline for fourteen (14) days from the date of entry of the order granting this request.

Dated: March 30, 2026.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By  */s/ Eric R. Burris*
    Eric R. Burris
    Debashree Nandy
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone:  505.244.0770
    Email:  eburris@bhfs.com; rnandy@bhfs.com

Sarah A. Murray
Bella Sewall Wolitz
1155 F Street, NW, Suite 1200
Washington, D.C. 20004
Telephone: (202) 296-7353
Email: smurray@bhfs.com; BSewallWolitz@bhfs.com

*Attorneys for Plaintiff The Navajo Nation*


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

By  */s/ Electronically approved*
    Emma L. Hamilton
    Trial Attorney
    c/o United States Attorney's Office
    201 Third Street, N.W., Suite 900
    Albuquerque, New Mexico 87102
    Telephone: (202) 305-5689
    Email: emma.hamilton@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2026, a true and correct copy of foregoing **UNOPPOSED JOINT MOTION OF PLAINTIFF AND FEDERAL DEFENDANTS TO EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT** was filed electronically pursuant to CM/ECF procedure for the United States District Court for the District of New Mexico, which caused the parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Eric R. Burris*
Eric R. Burris