**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE NAVAJO NATION,

       Plaintiff,

vs.                                                          Case No. 1:25-cv-55-JMC-GBW

THE UNITED STATES OF AMERICA, et al.,

       Federal Defendants,

and

PUEBLO OF ACOMA and PUEBLO OF LAGUNA,

       Defendant-Intervenors.

**ORDER GRANTING PLAINTIFF'S AND FEDERAL DEFENDANTS' UNOPPOSED
JOINT MOTION FOR VOLUNTARY DISMISSAL; DENYING AS MOOT
UNOPPOSED JOINT MOTION OF PLAINTIFF AND FEDERAL DEFENDANTS TO
EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT; AND ORDER
OF DISMISSAL WITHOUT PREJUDICE**

On March 27, 2026, Plaintiff Navajo Nation and the Federal Defendants moved to voluntarily dismiss Plaintiff's Complaint without prejudice (Doc. No. 53). Those parties state that they have reached an agreement out of court addressing Plaintiff's claims that does not require the Court's approval or oversight. Defendant Intervenors are not parties to the agreement and the agreement does not bind them or waive their rights. They take no position on the motion and do not oppose the request for dismissal provided the Court does not incorporate or approve the settlement terms, retain jurisdiction, or grant any other substantive relief. The Court does not incorporate or approve the settlement terms, retain jurisdiction, or grant any other substantive relief.

For good cause shown, the Court GRANTS Plaintiff's and Federal Defendants' Unopposed Joint Motion for Voluntary Dismissal (Doc. No. 53).  The Court DISMISSES this civil action WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Entered for the Court
this the 31st day of March, 2026


/s/ Joel M. Carson III
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION

---

[1] On March 30, 2026, Plaintiff and Federal Defendants filed an Unopposed Joint Motion to Extend Deadline to File Case Management Statement (Doc. No. 54).  Because the Court grants the parties' motion to voluntarily dismiss this civil action, the Court DENIES AS MOOT the Unopposed Joint Motion to Extend Deadline to File Case Management Statement (Doc. No. 54).